NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**EDDIE HOWARD,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7044

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-3512, Chief Judge Bruce E. Kasold.

---

## ORDER

Eddie Howard moves to reinstate his appeal.

On March 9, 2011, the court dismissed Howard's appeal for failing to file his informal brief. Howard has simultaneously filed his brief with his motion for reinstatement.

Accordingly,

IT IS ORDERED THAT:

(1) The motion is granted. The court's March 9, 2011 order is vacated, the court's mandate is recalled and the appeal is reinstated.

(2) The Secretary of Veterans Affairs should calculate his brief due date from the date of filing of this order.

FOR THE COURT

__MAR 2 8 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Eddie Howard
Tara K. Hogan, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 8 2011

JAN HORBALY
CLERK